MARTIN J. ROLLING, Respondent, v. SERVICE MILK CO., INC., Appellant.— Order dismissing appeal entered May 3, 1927, vacated and time of appellant to file and serve printed briefs extended to May eleventh. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of CARRIE W. VAN GELDER and D. BEACH BRYAN, as Executors, etc., of AGNES WATERS, Deceased. — Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MAURICE E. DAVIS, Respondent, v. FRANK L. COHEN, INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by August first, pay to respondent's attorney ten dollars, and be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JENNIE E. D. BRIGGS, Appellant, v. F. ARTHUR ABEL, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

UNITED STATES OF AMERICA, Respondent, v. JOHN MONTE and Others, Appellants.— Stay of execution pending appeal granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

IRVING I. BECKLER, Respondent, v. NASH NORTH PARK COMPANY, INCORPORATED, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINDOM E. ANDERSON, Appellant.— Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL D. FRANKLIN, Appellant.— Time for argument extended to and including first week of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CITY OF UTICA, Appellant, v. TONY HANNA, Respondent.— Motion of plaintiff for stay of proceedings pending appeal from order entered February 15, 1927, denied. Motion by defendant to dismiss appeal granted unless appeal is ready for argument on May seventeenth. We think the proceedings on the reference to Judge EMERSON, pending before him at the time of his death, were vacated thereby. Notwithstanding the original report of the referee, the entire matter was in effect recommitted to him and went down with his death. There is no reason why the appeal should not be promptly argued as ordered above. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOHN SZYJKA, Former Administrator, etc., of JOSEPH SZYJKA, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.